IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HESHAM ISMAIL, | : | CIVIL NO.: 3:21-cv-00143 |
| | : | |
| Plaintiff, | : | Magistrate Judge Schwab |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HONEYWELL INTERNATIONAL, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that:

- **Count One** – The motion to dismiss is **GRANTED** as it relates to Ismail's § 1981 claims; however, Ismail shall be given leave to amend only to the extent that he can allege facts to support a § 1981 claim of racial discrimination. The motion to dismiss is **DENIED** as it relates to Ismail's Title VII claims. The motion to dismiss is **GRANTED** as it relates to any national origin discrimination claims, and Ismail will not be given leave to amend.

- **Count Two** – The motion to dismiss is **GRANTED** as it relates to Ismail's § 1981 claims; however, Ismail shall be given leave to amend only to the extent that he can allege facts to support a § 1981 racial discrimination claim. The motion to dismiss is **GRANTED** as it relates to Ismail's Title VII claims; however,

Ismail shall be given leave to amend only to the extent he can allege sufficient facts to support his status as an employee of Honeywell.  The motion to dismiss is **GRANTED** as it relates to any national origin retaliation claims, and Ismail will not be given leave to amend.

- **Count Three –** The motion to dismiss is **GRANTED**, and Ismail will not be given leave to amend.

- **Individual defendants –** The motion to dismiss is **GRANTED** as it relates to the Title VII claims against Adamczyk and Weiss, and Ismail will not be given leave to amend.  The motion to dismiss is **GRANTED** as it relates to the § 1981 claims against Adamczyk; however, Ismail will be given leave to amend only to the extent that he can allege sufficient facts against Adamczyk in his § 1981 claims.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge
